IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WALTER WILLIAM BLANCK,

    Plaintiff,

  v.

MILWAUKEE FBI, BUD HALL,
GERE MAGNUSON, ALBERT NESS,
STEVEN BISKUPIC,
DANIEL S. CRAFT, CHARLES KOCH,
AND DAVID KOCH,

    Defendants.

Case No. 19-cv-176-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/            4/17/2019
Peter Oppeneer, Clerk of Court      Date